**Petition Denied and Memorandum Opinion filed January 7, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00923-CV

## JUAN C. ROZO, M.D. AND EAST HOUSTON SPECIALISTS, PLLC D/B/A CARDIOLOGY SPECIALISTS OF HOUSTON, Appellants

## V.

## CARMEN CARTER-FAUGHTENBERY, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2018-57943**

## MEMORANDUM OPINION

Appellants Juan C. Rozo, M.D. and East Houston Specialists, PLLC d/b/a Cardiology Specialists of Houston petition this court to allow a permissive interlocutory appeal of the trial court's November 1, 2019 amended order denying appellants' motion to dismiss. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d).

After reviewing the petition and the record, we conclude that appellants have not shown that (1) the November 1, 2019 amended order involves a controlling issue

of law as to which there is a substantial ground for difference of opinion; and (2) an immediate appeal from the order may materially advance the ultimate termination of the litigation. *See id.*

Accordingly, we deny appellant's petition for permissive interlocutory appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.